UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-5-11

MELODRAMA PUBLISHING, LLC,

                    Plaintiff,

-v-

K.S. PUBLICATIONS, *et uno*,

                    Defendants.

No. 10 Civ. 9406 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a series of letters from the parties regarding ongoing discovery disputes. In connection with these disputes, Plaintiff has made three requests, all of which are opposed by Defendants. First, Plaintiff has requested a protective order allowing Plaintiff to submit certain documents containing proprietary business information "under [a designation of] attorneys' eyes only." Since Defendants have disavowed any intent to obtain such proprietary information, and have proposed that Plaintiff merely redact information it deems to be proprietary, Plaintiff's request is denied. To the extent that any responsive documents do, in fact, contain confidential material, such material may be redacted.

Second, Plaintiff has requested that the Court compel Defendants to produce certain documents requested by Plaintiff on March 31, 2011. With respect to document request numbers 10, 11, and 12, Plaintiff's request is denied. Plaintiff has failed to sufficiently articulate how these documents, or the "timeline" they purportedly establish, are necessary to demonstrate whether Defendants missed deadlines in violation of their contract. With respect to document request number 40, Plaintiff's request is granted. These documents are relevant

to the issue of whether Defendants' subsequent contracts breached existing contracts with Plaintiff.

Third, Plaintiff has requested that Court compel the attendance of Defendant Swinson at a deposition. Defendants, in their letter, have indicated their willingness to make Defendant Swinson available for a deposition. Accordingly, it appears that the parties will be able to agree on a mutually acceptable time for Defendant Swinson's deposition without the Court's intervention.

SO ORDERED.

Dated:   July 5, 2011
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE